UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVTAR SINGH, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, et al.<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-08-430 LJO SMS<br><br>**ORDER TO EXTEND TIME TO ANSWER AND TO CONTINUE SCHEDULING CONFERENCE** |

In this immigration case, Plaintiffs challenge the delay in the adjudication of their immigration petitions to adjust status. On July 8, 2008, the parties stipulated to grant Defendants a second extension of time to file an answer, and request this Court to continue the scheduling conference. The parties request an additional 30 days to work toward resolution of this action. The extension is requested because one of the alien files in this matter was transferred to a different office within the United States Citizenship and Immigration Services, and time is needed to allow for coordination with that office. This Court approves this final extension of time and ORDERS as follows:

1. Defendants shall file and serve an answer no later than August 8, 2008; and
2. The July 23, 2008 scheduling conference is CONTINUED to August 27, 2008 at 8:30 a.m. The parties may appear telephonically by arranging a one-line call and phoning (559) 499-5680. A Joint Scheduling Report is due seven days prior to the scheduling conference.

IT IS SO ORDERED.

**Dated:　July 9, 2008**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE