# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVTAR SINGH, HARVINDER SINGH, and GURJEET KAUR, | CASE NO. CV-F-08-430 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services, et al., | |
| Defendants. | |

In this immigration action, Plaintiffs Avtar Singh, Gurjeet Kaur, and Harvinder Singh (collectively "Plaintiffs")[1] are refugees who challenged the delay in the adjudication of their immigration petitions to adjust status to legal permanent resident, pursuant to 8 U.S.C. §1159(b). Plaintiffs and Defendant United States Citizenship and Immigration Service ("USCIS") filed a stipulation to dismiss this action on August 4, 2008. At that time, dismissal was proper as to Avtar Singh. Avtar Singh's claim was rendered moot when USCIS adjudicated his application on May 6, 2008. *See Negrete v. Allianz Life Ins. Co. of North America*, 523 F.3d 1091, 1097 (9th Cir. 2008). The Court stayed the proceedings and ordered the parties, no later than November 7, 2007, to file either dispositive papers or a joint status report.

On November 7, 2008, USCIS filed a notice of adjudication as to Avtar Singh, Gurjeet Kaur, and

---

[1] Avtar Singh and Gurjeet Kaur are husband and wife. Harvinder Singh is their son.

1 Harvinder Singh. The exhibits to the notice demonstrate that Plaintiffs' applications to adjust status
2 have been adjudicated. (Doc. 34, Exs. 1-3). Because Plaintiffs received the relief sought, this action
3 is rendered moot in its entirety. Accordingly, this Court:
4     1.     DISMISSES the case; and
5     2.     DIRECTS the clerk to close this action.
6     IT IS SO ORDERED.
7 **Dated:**   **November 7, 2008**           **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE